

RECEIVED
IN MONROE, LA.

APR 1 8 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

JOSEPH T. EZELL                      CIVIL ACTION NO. 11--2179
    LA. DOC #448905

VERSUS                               SECTION P

                                     JUDGE ROBERT G. JAMES

MRS. DANA, ET AL.                    MAGISTRATE JUDGE KAREN L. HAYES

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this 18 day of April , 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE